IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOHN CAWVEY, #2284771 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-530 |
| | § | |
| LAMAR CNTY. JAIL | § | |

**ORDER OF DISMISSAL**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Aileen Goldman Durrett, who issued a Report and Recommendation concluding that this civil rights action filed pursuant to 42 U.S.C. § 1983 should be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). No objections were timely filed.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that this civil rights action filed pursuant to 42 U.S.C. § 1983 is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED.**

   SIGNED this 19th day of September, 2024.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE